

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00560-CV

Louis V. **DOSS**, Individually, and as Surviving Spouse of Carolyn S. Doss,
Appellant

v.

Deborah **ROBINSON**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11-320-B
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

 Appellant filed a notice of appeal beyond the time allowed by rule 26.1 of the Texas Rules of Appellate Procedure, but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See* Tex. R. App. P. 26.1, 26.3.  On October 24, 2016, we ordered appellant to provide a reasonable explanation for filing a late notice of appeal or to otherwise show cause why the appeal should not be dismissed. *See Verburgt v. Dorner*, 959 S.W.2d 615 (1997).  Appellant filed a response adequately showing that the failure to timely file the notice of appeal was not deliberate or intentional. We therefore retain this appeal on the docket of the court.

 The record has been filed. We **order** appellant's brief due **December 22, 2016**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court